Funkhouser v. Hantz.

————————

FUNKHOUSER, Appellant, v. HANTZ & SPALDING, Appellants.

1. See Sigerson v. Hornsby & Dent, ante (p. 268).

### Appeal from St. Louis Land Court.

SCOTT, Judge. The only question in this case arises on the survey of the commons of Carondelet made by Brown. It will

take the same course as the case just decided between Sigerson and Dent. The judgment will be reversed and the cause remanded. There being no point made in the court below in regard to the right of preëmption, this court can not decide any thing in relation thereto. The other judges concur.